IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARSON MCKEAN, individually and on behalf of all others similarly situated, | ) | CASE NO. 5:23-cv-02326-JPC |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| v. | ) | |
| BECK ELECTRIC, LLC. | ) | |
| Defendant. | ) | |

**STIPULATED NOTICE AND MOTION TO DISMISS WITH PREJUDICE**

NOW COME Plaintiff Carson McKean ("Plaintiff") and Defendant Beck Electric, LLC ("Defendant"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby jointly stipulate to the dismissal of this action, in its entirety, with prejudice, with each party bearing its own costs, expenses, and fees. In addition, the Parties hereby respectfully request that this Court enter an order dismissing this action in its entirety, with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Stipulated dismissal with prejudice approved on ______________.

________________________________
J. PHILIP CALABRESE
UNITED STATES DISTRICT JUDGE

*/s/ James L. Simon*
JAMES L. SIMON (0089483)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, OH 44022
Telephone: (216) 816-8696
james@simonsayspay.com
*Counsel for Plaintiff Carson McKean*

*/s/ John W. Becker*
JOHN W. BECKER (0065491)
CHRISTINE M. GARRITANO (0078423)
TOREN A. BAKULA (0102504)
HARPST BECKER LLC
1559 Corporate Woods Parkway, Suite 250
Uniontown, OH 44685
Telephone: (330) 983-9971
Facsimile: (330) 983-9981
JBecker@harpstbecker.com
CGarritano@harpstbecker.com
TBakula@harpstbecker.com
*Counsel for Defendant Beck Electric, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that on April 29, 2024, a true and correct copy of the foregoing was filed electronically with the Court and that notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ James L. Simon*
*Counsel for Plaintiff*